**COMMISSIONER OF INTERNAL REVENUE v. CHICAGO CEMETERY ASSOCIATION.**

No. 5097.

Circuit Court of Appeals, Seventh Circuit.
Nov. 6, 1933.

Edward H. McDermott, of Chicago, Ill., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting, it is now here ordered and adjudged that this cause be

docketed in this court, and that the petition for a review of decision of the United States Board of Tax Appeals, entered on May 21, 1933, be, and the same is hereby, dismissed.